JOHN C. LYNCH
757.687.7765 telephone
757.687.1504 facsimile
john.lynch@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
757.687.7500 telephone
troutmansanders.com

March 7, 2012

**VIA ECF**

The Honorable James K. Bredar
USDC District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    **Gertrude Tuck v. GMAC Mortgage**
               **Case No.: 1:12cv203**

Dear Judge Bredar:

      The parties have executed a Settlement and Release Agreement ("Settlement Agreement") pursuant to which the parties have resolved and compromised all claims asserted in this lawsuit.

      Attached please find a proposed Dismissal Order for your consideration and entry. Pursuant to the Settlement Agreement, the parties have agreed to dismiss the lawsuit with prejudice and without costs.

      We thank the Court for its consideration in this matter.

                                                                           Respectfully,

                                                                         John C. Lynch

cc:      Gertrude Tuck (via First Class Mail)
           Bryan M. Tillman, Esq. (via First Class Mail)