IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

**GERTRUDE TUCK,**

Plaintiff,

v.  Civil Action No. 1:12-cv-00203

**GMAC MORTGAGE, LLC,**

Defendant.

### DISMISSAL ORDER

Upon the agreement of the parties, Plaintiff Gertrude Tuck, *Pro Se*, and Defendant GMAC Mortgage LLC, by counsel, the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint and the claims set forth therein be **DISMISSED** with prejudice, and that this matter be removed from the docket of the Court.

The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

Entered this _8_ day of _March_, 2012.

_____
Magistrate/District Court Judge